UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE GIANNINI,<br><br>    Petitioner,<br><br>v.<br><br>SAN BERNARDINO SUPERIOR COURT,<br><br>    Respondent. | No. 2:23-cv-1204-EFB (HC)<br><br><br>ORDER |

     Petitioner is a state prisoner without counsel proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. Petitioner is incarcerated at the California Health Care Facility in San Joaquin County, which lies in this district. However, his petition appears to challenge an unspecified conviction imposed by the San Bernardino County Superior Court, which lies in the United States District Court for the Central District of California. *See* ECF No. 1 at 11, 20, 25. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the county of conviction. *Id.* at 499 n.15; 28 U.S.C. § 2241(d).

/////

/////

Accordingly, in the furtherance of justice, IT IS ORDERED that this matter is transferred to the Eastern Division of the United States District Court for the Central District of California.

Dated: June 26, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE